# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Boy Scouts of America and Delaware BSA, LLC,[1] | Bankruptcy Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Old Republic Insurance Company, | |
| Appellants, | |
| v. | C.A. No. 22-cv-01239-RGA |
| Boy Scouts of America and Delaware BSA, LLC, | |
| Appellee. | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admissions *pro hac vice* of Margaret M. Anderson, Ryan T. Schultz, Adam A. Hachikian, and Kenneth M. Thomas, of Fox Swibel Levin & Carroll LLP, to represent Old Republic Insurance Company in this matter.

Dated: October 6, 2022

**MORRIS JAMES LLP**

/s/ *Sarah M. Ennis*
Sarah M. Ennis (DE Bar No. 5745)
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
Telephone: (302) 888-6853
E-mail: sennis@morrisjames.com

*Counsel for Old Republic Insurance Company*

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

13798331/1

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Margaret M. Anderson, Ryan T. Schultz, Adam A. Hachikian, and Kenneth M. Thomas is granted.

Date: _____          _____
                                         United States District Court Judge

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, the State Bar of Texas (inactive status), the United States District Court for the Northern District of Illinois, the United States Court of Appeals for the Fourth and Sixth Circuits, and the United States Supreme Court, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: October 6, 2022

/s/ *Margaret M. Anderson*
Margaret M. Anderson, Esq.
FOX SWIBEL LEVIN & CARROLL LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606
Telephone: (312) 224-1224
E-mail: panderson@foxswibel.com

13772250/1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and the United States District Court for the Northern District of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: October 6, 2022　　　　　　　　　　/s/ *Ryan T. Schultz*
　　　　　　　　　　　　　　　　　　　　Ryan T. Schultz, Esq.
　　　　　　　　　　　　　　　　　　　　FOX SWIBEL LEVIN & CARROLL LLP
　　　　　　　　　　　　　　　　　　　　200 W. Madison Street, Suite 3000
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　Telephone: (312) 224-1231
　　　　　　　　　　　　　　　　　　　　E-mail: rschultz@foxswibel.com

13772265/1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: October 6, 2022  /s/ *Adam A. Hachikian*
Adam A. Hachikian, Esq.
FOX SWIBEL LEVIN & CARROLL LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606
Telephone: (312) 380-4951
E-mail: ahachikian@foxswibel.com

13772213/1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, the United States Court of Appeals for the Sixth Circuit, and the United States District Court for the Northern District of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: October 6, 2022	/s/ *Kenneth M. Thomas*
	Kenneth M. Thomas, Esq.
	FOX SWIBEL LEVIN & CARROLL LLP
	200 W. Madison Street, Suite 3000
	Chicago, IL 60606
	Telephone: (312) 224-1231
	E-mail: kthomas@foxswibel.com

13794825/1